■ The People of the State of New York, Respondent, v Manuel Ortiz, Appellant. [706 NYS2d 325] —Judgment, Supreme Court, Bronx County (Efrain Alvarado, J., at hearing; Robert Seewald, J., at trial and sentence), rendered October 14, 1997, which convicted defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility and identification.

Defendant's challenges to the prosecutor's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged portions of the summation were responsive to defendant's summation and did not deprive defendant of a fair trial (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976; *People v D'Alessandro*, 184 AD2d 114, 118-119, *lv denied* 81 NY2d 884). Concur—Sullivan, P. J., Nardelli, Tom, Mazzarelli and Wallach, JJ.